MICHAEL D. FRANKLIN
WSBA #34213
LUKINS & ANNIS, P.S.
717 W. Sprague, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
Fax: (509) 747-2424
Email: mfranklin@lukins.com

ATTORNEY FOR PLAINTIFFS

The Honorable Thomas Rice

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEN HANSON IMPORTS, INC., a Washington corporation; KENNETH M. HANSON, an individual; and KAREN K. HANSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>IRRIGATION COMPONENTS INTERNATIONAL (V.I), INC., an Alabama corporation,<br><br>Defendant. | CASE NO: 2:14-cv-00131<br><br>PLAINTIFFS' REPLY AND AFFIRMATIVE DEFENSES TO DEFENDANT'S COUNTERCLAIMS |

COME NOW the Plaintiffs, Ken Hanson Imports, Inc., Kenneth M. Hanson, and Karen K. Hanson (collectively referred to as the "Hansons"), by and through their counsel of record, Lukins & Annis, P.S. and submit their Reply and

PLAINTIFFS' REPLY AND AFFIRMATIVE
DEFENSES TO DEFENDANT'S
COUNTERCLAIMS: 1

00861357.1 6/2/14

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Affirmative Defenses to the counterclaims asserted by Defendant (hereinafter "ICI").

By way of reply to Defendant's counterclaims, Plaintiffs state as follows:

## REPLY TO COUNTERCLAIM

Plaintiffs' assert that no reply to Paragraphs 1.1 – 4.14 is necessary as those answers and responses relate to the Hansons' claims and allegations asserted in this matter. To the extent any reply or response is necessary to ICI's answers, responses, admissions, and denials is necessary, the Hansons deny the same and deny the applicability of the Defenses asserted by ICI, Paragraphs 1-7, inclusive.

## JURISDICTION AND VENUE

1. The Hansons admit the truth of their allegations in paragraphs 1.1 through 1.4 of the Amended Complaint and ICI's answers thereto, incorporated into this Paragraph. The Hansons further admit that this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 and that the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity between ICI and Kenneth Hanson and Karen Hanson. Except as expressly admitted herein, the Hansons deny any and all remaining allegations contained in this Paragraph.

2. The Hansons admit venue is proper in this Court pursuant to 28 U.S.C. § 1391.

///

PLAINTIFFS' REPLY AND AFFIRMATIVE
DEFENSES TO DEFENDANT'S
COUNTERCLAIMS: 2
00861357.1 6/2/14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

## FACTUAL BACKGROUND

### The Agreement

3. The Hansons admit that they entered into an Asset Purchase Agreement, dated March 15, 2013 (the "Agreement"), for the purchase and sale of certain assets of Irrigation Components Northwest ("ICNW"). Except as expressly admitted herein, the Hansons deny any and all remaining allegations contained in this Paragraph.

4. The Hansons admit that the Agreement called for the purchase and sale of certain ICNW assets as described in the Agreement to ICI, the purchase price was $1,354,000, with $150,000 of the purchase price held back to address necessary adjustments to the estimated balance sheet prepared prior to closing with the Adjusted Balance Sheet to be prepared as of the closing date by ICI. The Hansons further incorporate by reference the allegations asserted in paragraphs 3.9 through 3.11 as further reply to this Paragraph. Except as expressly admitted or incorporated by reference herein, the Hansons deny any and all remaining allegations contained in this Paragraph.

5. The Hansons state that the Agreement speaks for itself and deny the allegations and implications as set forth by ICI in this Paragraph. Except as expressly admitted herein, the Hansons deny any and all remaining allegations or implications contained in this Paragraph.

///

PLAINTIFFS' REPLY AND AFFIRMATIVE
DEFENSES TO DEFENDANT'S
COUNTERCLAIMS: 3

00861357.1  6/2/14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

6. The Hansons admit only that:

   a. Section 3.6 of the Agreement includes, among other language, the quoted material set forth by ICI in this Paragraph.

   b. Section 3.7 of the Agreement includes, among other language, the quoted material set forth by ICI in this Paragraph.

Except as expressly admitted herein, the Hansons deny any and all remaining allegations or implications contained in this Paragraph.

7. The Hansons admit only Section 1.3 of the Agreement contains, among other language, the quoted material set forth by ICI in this Paragraph. Except as expressly admitted herein, the Hansons deny any and all remaining allegations contained in this Paragraph.

8. The Hansons admit only Section 7.3 of the Agreement contains, among other language, the quoted material set forth by ICI in this Paragraph. Except as expressly admitted herein, the Hansons deny any and all remaining allegations or implications contained in this Paragraph.

**Purchase Price Adjustments and
Counterdefendants' Breaches of the Agreement**

9. This Paragraph presents a legal conclusion for which no responsive pleading is required. To the extent a responsive pleading is required, the Hansons deny the same.

10. Denied.

PLAINTIFFS' REPLY AND AFFIRMATIVE
DEFENSES TO DEFENDANT'S
COUNTERCLAIMS: 4
00861357.1 6/2/14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

11. Denied.

    a. Denied.

    b. Denied.

    c. Denied.

    d. Denied.

    e. Denied.

    f. Denied.

    g. Denied.

12. The Hansons lack sufficient information to admit or deny what ICI has determined, and therefore, deny the same.

13. Denied.

## COUNT I – BREACH OF CONTRACT

14. The Hansons incorporate by reference and reallege the allegations asserted in their Amended Complaint and its reply to paragraphs 1-13 of ICI's Counterclaim above-stated as if fully set forth herein.

15. The Hansons admit they entered into an Agreement, dated March 15, 2013, which covered the purchase and sale of certain assets. Except as expressly admitted herein, the Hansons deny the remaining allegations.

16. This Paragraph presents a legal conclusion for which no responsive pleading is required. To the extent a responsive pleading is required, the Hansons deny the same.

PLAINTIFFS' REPLY AND AFFIRMATIVE
DEFENSES TO DEFENDANT'S
COUNTERCLAIMS: 5
00861357.1 6/2/14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

17. This Paragraph presents a legal conclusion for which no responsive pleading is required. To the extent a responsive pleading is required, the Hansons deny the same.

18. This Paragraph presents a legal conclusion for which no responsive pleading is required. To the extent a responsive pleading is required, the Hansons deny the same.

19. This Paragraph presents a legal conclusion for which no responsive pleading is required. To the extent a responsive pleading is required, the Hansons deny the same.

20. This Paragraph presents a legal conclusion for which no responsive pleading is required. To the extent a responsive pleading is required, the Hansons deny the same.

21. This Paragraph presents a legal conclusion for which no responsive pleading is required. To the extent a responsive pleading is required, the Hansons deny the same.

## COUNT II – DECLARATORY JUDGMENT

22. The Hansons incorporate by reference and reallege the allegations asserted in their Amended Complaint and its reply to paragraphs 1-21 of ICI's Counterclaim above-stated as if fully set forth herein.

23. The Hansons admit that a justiciable controversy exists between the Hansons and ICI as set forth in the Hansons' Amended Complaint.

PLAINTIFFS' REPLY AND AFFIRMATIVE
DEFENSES TO DEFENDANT'S
COUNTERCLAIMS: 6

00861357.1 6/2/14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

24. This Paragraph presents a legal conclusion for which no responsive pleading is required. To the extent a responsive pleading is required, the Hansons deny the same.

25. This Paragraph presents a legal conclusion for which no responsive pleading is required. To the extent a responsive pleading is required, the Hansons deny the same.

    a. The Hansons deny the allegations contained in this Paragraph and deny that ICI is entitled to the judgment it seeks thereunder.

    b. The Hansons deny the allegations contained in this Paragraph and deny that ICI is entitled to the judgment it seeks thereunder.

## ICI'S PRAYER FOR RELIEF

Answering ICI's Prayer For Relief, (i) through (iii) inclusive, the Hansons deny that ICI is entitled to any relief and denies the allegations contained therein.

## THE HANSONS' GENERAL DENIAL OF ALLEGATIONS

The Hansons deny generally and specifically each and every allegation contained in ICI's Answer, Defenses and Counterclaim to Amended Complaint that is not specifically admitted herein.

///

PLAINTIFFS' REPLY AND AFFIRMATIVE DEFENSES TO DEFENDANT'S COUNTERCLAIMS: 7

00861357.1 6/2/14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

# THE HANSONS' AFFIRMATIVE DEFENSES TO ICI'S COUNTERCLAIMS

As further reply and as affirmative defenses to the allegations contained in ICI's Counterclaims, the Hansons state as follows:

1. <u>Failure to State a Claim.</u> ICI's Counterclaims fail to state a claim upon which relief can be granted.

2. <u>Accord and Satisfaction.</u> ICI's Counterclaims are barred in whole, or in part, by the doctrine of accord and satisfaction.

3. <u>Breach of Contract.</u> ICI's Counterclaims assert causes of action which are barred, in part or in whole, as the consequence of ICI's own breaches of contract.

4. <u>Failure to Mitigate.</u> ICI's damages, if any, are barred by its failure to mitigate damages and protect itself from avoidable consequences.

5. <u>Waiver and Estoppel.</u> ICI, by its conduct and/or acts, words, or silence, has waived, released or is otherwise estopped from asserting the claims contained in its Counterclaims.

6. <u>Set-Off.</u> ICI's claims are barred, in part or in whole, by the doctrine of set-off.

7. <u>Unclean Hands / Laches.</u> ICI is barred from recovery based upon the doctrines of unclean hands and laches.

PLAINTIFFS' REPLY AND AFFIRMATIVE DEFENSES TO DEFENDANT'S COUNTERCLAIMS: 8

00861357.1 6/2/14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

8. <u>Right to Amend.</u> As investigation and discovery into this matter have just commenced, the Hansons reserve the right to amend and supplement their Reply, including the assertion of affirmative defenses, amendment of claims, and filing any appropriate motions under FRCP 12 and FRCP 56, or both.

**PRAYER FOR RELIEF**

WHEREORE, having fully replied to ICI's Counterclaims, the Hansons pray for the following relief.

1. Dismissal of ICI's counterclaims with prejudice and without costs;
2. For an award of attorney's fees and costs in defending against ICI's counterclaims;
3. For the affirmative relief stated and set forth in the Hansons' Amended Complaint; and
4. For such other and further relief as the Court deems just and equitable.

DATED this 2nd day of June, 2014.

LUKINS & ANNIS, P.S.

By /s/ Michael D. Franklin
    MICHAEL D. FRANKLIN
    WSBA #34213

Attorneys for Plaintiffs

PLAINTIFFS' REPLY AND AFFIRMATIVE DEFENSES TO DEFENDANT'S COUNTERCLAIMS: 9

00861357.1 6/2/14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2014, I electronically filed the foregoing Plaintiff's Reply and Affirmative Defenses to Defendant's Counterclaims with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

<u>Attorney for Defendant</u>
Christopher Kerley
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
ckerley@ecl-law.com

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

<u>Of Counsel:</u>
W. Allen Woolley and Erin L. Brechtelsbauer
Edwards Wildman Palmer LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606

DATED this 2nd day of June, 2014.

LUKINS & ANNIS, P.S.

By /s/ Michael D. Franklin
   MICHAEL D. FRANKLIN
   WSBA #34213

Attorneys for Plaintiffs

PLAINTIFFS' REPLY AND AFFIRMATIVE DEFENSES TO DEFENDANT'S COUNTERCLAIMS: 10

00861357.1 6/2/14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323