UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEN HANSON IMPORTS INC, a Washington corporation; KENNETH M. HANSON and KAREN K. HANSON, individually,<br><br>Plaintiffs/Counter Defendants,<br><br>v.<br><br>IRRIGATION COMPONENTS INTERNATIONAL (VI) INC, an Alabama corporation,<br><br>Defendant/Counter Claimant. | NO: 2:14-CV-0131-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Lawsuit (ECF No. 20). This case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any party.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or attorney's fees to any party.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** April 16, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2